T. J. MOBLEY, PLAINTIFF IN ERROR, VS. WIATT L. PARISH, DEFENDANT IN ERROR.

Writ of Error to Circuit Court of Washington county.

*W. O. Butler*, for Plaintiff in Error.

*Calhoun & Hines*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on præcipe of counsel for plaintiff in error.

W. A. RILEY, SAMUEL TIMNEY AND R. D. BYRNE, LATE PARTNERS TRADING AS TIMNEY, RILEY & CO., PLAINTIFFS IN ERROR, VS. MARSHALL P. LEVY, ABRAHAM G. LEVY AND SAM. HAVERMAN, PARTNERS TRADING AS M. P. LEVY & CO., DEFENDANTS IN ERROR.

Writ of Error to Circuit Court Escambia county.

*John C. Avery*, for Plaintiffs in Error.

No appearance for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error.

Writ of error dismissed because the same was not sued out as required by law.